649 A.2d 853

IN THE MATTER OF ROBERT J. VEDATSKY,
AN ATTORNEY AT LAW.

December 1, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **ROBERT J. VEDATSKY** of **VOORHEES,** who was admitted to the bar of this State in 1974, be publicly disciplined for failure to cooperate with the ethics authorities, in violation of *RPC* 8.1(b), and good cause appearing;

It is ORDERED that the report of the Disciplinary Review Board is adopted and **ROBERT J. VEDATSKY** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Office of Attorney Ethics and the Disciplinary Review Board for appropriate administrative costs incurred in the prosecution of this matter.